# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 4:05-CR-401** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **THOMAS E. MCMASTER** | : | |

## **ORDER**

AND NOW, this 15th day of January, 2014, upon consideration of the Government's Motion to Amend Judgment (Doc. 123), and noting the concurrence of counsel for the defendant, and further noting that restitution payments being directed to victim Thomas Shade cannot be deposited because Mr. Shade is deceased, but recognizing that his wife, Valerie Shade, also was a victim of defendant's crime and entitled to restitution, it is hereby ORDERED that the Judgment shall be amended to substitute Valerie Shade for Thomas Shade.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania